UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
UNITED STATES OF AMERICA,

                       Plaintiff,

-against-

GEORGE DIGENIS
A/K/A GEORGE DIGENAKIS,

                       Defendant.
-----------------------------------------------------------------X

JUDGMENT
06-CV- 3664 (JG)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ DEC 7 2006 ★
BROOKLYN OFFICE

An Order of Honorable John Gleeson, United States District Judge, having been filed on December 4, 2006, directing the Clerk of Court to enter judgment against George Digenis a/k/a George Digenakis (Digenis), for the unpaid balance of Digenis's trust fund recovery penalty liability with respect to U.S.A. Renovation Corp. for the tax periods ended March 31, 1992, June 30, 1992, September 30, 1992, December 31, 1992, March 31, 1993, June 30, 1993, September 30, 1993, December 31, 1993, March 31, 1994, June 30, 1994, September 30, 1994, December 31, 1994, and September 30, 1995, in the amount of $193,573.83, plus statutory additions and interest from September 1, 2005; it is

ORDERED and ADJUDGED that judgment is hereby entered in favor of plaintiff, The United States of America, and against defendant, George Digenis a/k/a George Digenakis, in the amount of $193,573.83, plus statutory additions and interest from September 1, 2005.

Dated: Brooklyn, New York
        December 06, 2006

s/Robert C. Heinemann

ROBERT C. HEINEMANN
Clerk of Court